

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00824-CV

**IN RE DEERE CREDIT, INC.**

Original Proceeding[1]

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
                 Lori Massey Brissette, Justice
                 H. Todd McCray, Justice

Delivered and Filed: March 18, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Deere Credit Inc., filed its petition for writ of mandamus on December 22, 2025. We requested the real parties in interest and respondent to file their responses to the petition, if any, no later than January 21, 2026. Following an extension of time, the real parties filed their response on February 20, 2026. Having considered the arguments of the parties and record provided, this court has determined that relator has not established that he is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CI10745, styled *Deere Credit, Inc. v. Maverick Aggregates, Inc. and Jose J. Ruiz*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.